UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONICA KURGAN and MADELINE DIAZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CHIRO ONE WELLNESS CENTERS LLC<br><br>Defendant. | Case No. 10-cv-1899<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Arlander Keys |
| RICHARD WALLACE and MARCHELLE EFFORT, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CHIRO ONE WELLNESS CENTERS LLC, DR. STUART BERNSEN, DR. SAM WANG, and JAMIE HACKET,<br><br>Defendants. | Case No. 11-cv-4723 |

## MOTION TO ENTER JUDGMENT PURSUANT TO ACCEPTANCE OF OFFER OF JUDGMENT UNDER RULE 68(a)

Plaintiffs Richard Wallace and Marchelle Effort hereby move the Court to enter judgment pursuant to their Acceptance of Offer of Judgment Under Federal Rule of Civil Procedure 68 and state as follows:

1. On August 1, 2013, Plaintiffs Richard Wallace and Marchelle Effort filed their Notice of Acceptance of Defendants' Rule 68 offer of judgment in the following amounts:

- **Richard Wallace**: $60,417.00, plus attorneys' fees, costs, and expenses as determined by the Court.

- **Marchelle Effort**: $35,540.37, plus attorneys' fees, costs, and expenses as determined by the Court.

*See* D.E. 138.

2. Rule 68 states as follows:

(a) MAKING AN OFFER; JUDGMENT ON AN ACCEPTED OFFER. At least 14 days before the date set for trial, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. ***The clerk must then enter judgment***.

Fed.R.Civ.P. 68(a) (emphasis added).

WHEREFORE, Plaintiffs Richard Wallace and Marchelle Effort, pursuant to Rule 68(a) respectfully move this Court to enter judgment in their favor and against Defendants CHIRO ONE WELLNESS CENTERS LLC, DR. STUART BERNSEN, DR. SAM WANG, and JAMIE HACKET, and each of them, jointly and severally, in the above-stated amounts pursuant to Rule 68(a).

Dated: October 3, 2013

Respectfully submitted,

 */s/ James B. Zouras*
**STEPHAN ZOURAS, LLP**
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312-233-1550
312-233-1560 f

Douglas M. Werman
**Werman Law Offices, PC**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

Richard J. (Rex) Burch
Texas Bar No. 24001807
James A. Jones
Texas Bar No. 10908300

**BRUCKNER BURCH PLLC**
8 Greenway Plaza
Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**ATTORNEYS FOR PLAINTIFFS**